IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:  SUBPOENA ISSUED ) <br> BY THE CLERK OF THE UNITED ) <br> STATES DISTRICT COURT FOR ) <br> THE SOUTHERN DISTRICT OF ) <br> OHIO TO MELISSA BROWN, ) <br> A RESIDENT OF THE MIDDLE ) <br> DISTRICT OF ALABAMA, ) <br> NORTHERN DIVISION ) | Case No. 2:19-mc-3894-ECM-WC |

## **ORDER**

Pending before the Court is a Motion to Quash Federal Subpoena (Doc. 1) filed by Melissa Brown.  The Court has considered the motion and the Status Report filed in the case styled *In Re: Ohio Protocol Litigation*, Middle District of Alabama Case No. 19-mc-3878-ECM-WC (Doc. 16), regarding the status of the evidentiary hearing in Ohio for which Movant Brown's testimony is sought.  Considering the possible duration of the pending appeal in Ohio, the uncertainty in whether the evidentiary hearing will go forward, and the ability to issue a new subpoena if the evidentiary hearing is reset, it is hereby

ORDERED that the Motion to Quash is GRANTED.

DONE this 24th day of October, 2019.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE